**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.

DEBRA BROWN,

     Plaintiff,

v.

WALGREEN COMPANY d/b/a WALGREENS a/k/a WALGREENS HEALTH INITIATIVES,

     Defendant.

_____

**NOTICE OF REMOVAL**
_____

     Defendant, Walgreen Co. ("Walgreen"), improperly named in the Complaint as Walgreens Company d/b/a Walgreens a/k/a Walgreen Health Initiatives, by and through its undersigned counsel, submits its Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCiv.R. 81.1, as follows:

     1.     Walgreen is named as the Defendant in a civil action brought by the Plaintiff, Debra Brown.  This state court action was filed on or about November 9, 2015 in Denver County District Court in the State of Colorado (Case No. 2015CV33920).  **Exhibit A**, Complaint and Jury Demand.  In its Complaint, Plaintiff asserts a claim for premises liability pursuant to C.R.S. § 13-21-1115.  *Id*. at p. 2.

     2.     Although Plaintiff's Complaint does not demand a specific sum for damages in her Complaint, the amount in controversy is met here as required by 28 U.S.C. § 1332(a).  The parties engaged in pre-litigation settlement negotiations and Plaintiff's offer to compromise was $75,000.  *See McPhail v. Deere & Co.*, 529 F.3d 947, 956 (10th Cir. 2008) (a plaintiff's

proposed settlement amount or a plaintiff's own estimation of its claim are a proper means of supporting the allegations in a notice of removal, even though they cannot be used to support the ultimate amount of liability); **Exhibit B**, email from Plaintiff's counsel dated March 4, 2016. Plaintiff now alleges that she also "has suffered permanent injuries and damages, including but not limited to, severe personal injuries, mental anguish, pain and suffering, permanent disability, loss of enjoyment of life and other non-economic damages and physical impairment and disfigurement." *Id*. at p. 3, ¶ 21. She further claims to have "incurred reasonable and necessary medical bills, hospital bills, bills for medications, and expenses for therapeutic treatment, loss of past income and impairment of future earning capacity and in the future will continue to incur such bills, costs, expenses and other economic damages." *Id*. at p. 3, ¶ 22. Further, she seeks a monetary judgment for more than $100,000. **Exhibit C**, Plaintiff's Civil Case Cover Sheet.

3.       This Court possesses diversity jurisdiction over Plaintiff's Complaint pursuant to 28 U.S.C. § 1332. Plaintiff is a Colorado resident. Walgreen is an Illinois corporation. Consequently, complete diversity of citizenship exists pursuant to 28 U.S.C. §§ 1332 and 1441.

4.       The amount in controversy here is Plaintiff's alleged damages and is supported by her own valuation of her claims. This amount exceeds $75,000, which is the amount specified in 28 U.S.C § 1332(a).

5.       Pursuant to 28 U.S.C. § 1446(d), Walgreen has given written notice of the Notice of Removal to the adverse party and has filed a copy of the notice with the clerk of the Denver County District Court in the State of Colorado.

6.       Pursuant to 28 U.S.C. § 1446(a) and pursuant to D.C.Colo.LCiv.R. 81.1(b), a copy of the following process, pleadings, and orders that were served upon Walgreen or filed in the state court action are attached as follows:

**Exhibit D**     State Court Docket Sheet;

**Exhibit E**     Delay Reduction Order

**Exhibit F**     ROS: Walgreens Company

**Exhibit G**     Order to Show Cause

**Exhibit H**     Return of Service – Walgreens Company

**Exhibit I**     ROS: Walgreen Co.

**Exhibit J**     Status Report

**Exhibit K**     Defendant's Unopposed Motion for Extension of Time to Respond

to Complaint and proposed Order; and

**Exhibit L**     Order Granting Defendant's Unopposed Motion for Extension of

Time to Respond to Complaint and proposed Order.

7.      Walgreen has complied with all of the requirements of 28 U.S.C. § 1446 and

D.C.Colo.LCiv.R. 81.1.

Respectfully submitted this 4th day of March, 2016.


Hall & Evans, L.L.C.


 *s/ Joan S. Allgaier*
 S. Jane Mitchell
 Joan S. Allgaier
 1001 Seventeenth Street, Suite 300
 Denver, Colorado 80202
 Telephone: (303) 628-3300
 Facsimile: (303) 628-3368
 mitchellj@hallevans.com;
 allgaierj@hallevans.com

 *Attorneys for Defendant Walgreen Company d/b/a*
 *Walgreens a/k/a Walgreens Health Initiatives*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 4th day of March, 2016, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Gregory A. Gold
Sommer D. Luther
greg@thegoldlawfirm.net
sommer@thegoldlawfirm.net

*s/ Susan Lowery*