# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-00547-RPM

DEBRA BROWN,

Plaintiff,

v.

WALGREENS COMPANY d/b/a WALGREENS a/k/a WALGREENS HEALTH INITIATIVES,

Defendant.

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE
_____

COMES NOW, the parties, by and through their attorneys, and pursuant to F.R.C.P. 41, agree and stipulate that the Complaint and action be dismissed, with prejudice, each party to pay their own costs and attorneys' fees.

Respectfully submitted: July 8, 2016

| | |
|---|---|
| */s/ Sommer D. Luther* | */s/ Joan S. Allgaier* |
| Sommer D. Luther, #35053 | Joan S. Allgaier |
| The Gold Law Firm, LLC | Hall & Evans, LLC |
| 7375 East Orchard Road, Suite 300 | 1001 17th Street |
| Greenwood Village, CO 80111 | Suite 300 |
| *Attorney for Plaintiff* | Denver, Colorado 80202 |
| | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2016, a true and correct copy of the foregoing was filed with the Court via CM/ECF system and served upon the parties as follows:

Joan S. Allgaier
Hall & Evans, LLC-Denver
1001 17th Street
Suite 300
Denver, CO 80202
*Attorneys for Defendant*

                                              */s/ Janice Macek*
                                              Janice Macek, Paralegal