IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 16-cv-00547-RPM

DEBRA BROWN,

    Plaintiff,

v.

WALGREENS COMPANY d/b/a
WALGREENS a/k/a WALGREENS HEALTH INITIATIVES,

    Defendant.

_____

## ORDER OF DISMISSAL
_____

Pursuant to the Stipulation for Dismissal with Prejudice [Doc. 13], it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

DATED:   July 8th, 2016

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____
                                            Richard P. Matsch, Senior Judge